KINGSBURY v. SELECTMEN OF TOLLAND; IN WHICH TOWN IS BUT ONE ECCLESIASTICAL SOCIETY.

A society have right to tax the inhabitants for building a steeple to their meeting-house by a major vote.

ACTION for taxing him illegally towards building a steeple to the meeting-house, whereby his ox was distrained, etc. Plea — Not guilty. Issue to the jury.

. The facts were agreed, and the grounds upon which the plaintiff claimed to recover, were in the first place—That the building of a steeple to a meeting-house was not a matter for which a society, by law, had right to tax its inhabitants. 2d. If it had, the law required it should be by two-thirds of the voters; and that the vote in this case was by a majority only.

Verdict for the defendants.

By the COURT. The building of a steeple to the meeting-house is a matter for which an ecclesiastical society hath right to tax its inhabitants by a major vote; and the law does not require two-thirds of the voters to give it validity.